BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE LOHEIT, <br><br> Defendant. | CASE NO. CR S 15-013 MCE <br><br> STIPULATION REGARDING RESTITUTION |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to the following order of restitution.

At the defendant's sentencing on September 24, 2015, resolution of the amount of restitution owed was deferred pursuant to 18 U.S.C. § 3664(d)(5), and a hearing on the matter was set for November 5, 2015. The hearing was subsequently re-set for November 6, 2015. Consistent with the plea agreement and the facts of this case, the parties have agreed on the amount of restitution owed by the defendant and hereby stipulate that the Court may enter an order requiring the payment of restitution by the defendant to the Internal Revenue Service in the amount of $350,884.46. This amount includes tax owed, penalties and interest relating to the years 2006 through 2011.

///

STIPULATION REGARDING RESTITUTION              1

The parties ask that the restitution order direct that payment be made to the IRS at following address:

    IRS-RACS

    Attn: Mail Stop 6261, Restitution

    333 W. Pershing Avenue

    Kansas City, MO 64108

In light of this stipulation, the parties respectfully request that the hearing set for November 6, 2015, be vacated.

IT IS SO STIPULATED.

Dated:  October 27, 2015                        BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ PHILIP A. FERRARI
                                                  PHILIP A. FERRARI
                                                  Assistant United States Attorney

Dated:  October 27, 2015                        /s/  Philip A. Ferrari for
                                                  BETTY WILLIAMS, Esq.
                                                  Counsel for Defendant
                                                  Lawrence Loheit

## ORDER

Pursuant to the parties' stipulation, it is so ordered.  The hearing set for November 6, 2015, is vacated.  An amended Judgment will issue.

IT IS SO ORDERED.

DATED:  November 10, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT