UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE J. LOHEIT,<br><br>　　　　Defendant. | No. 2:15-CR-00013-MCE<br><br><br><br>**ORDER** |

　　　The Court is in receipt of Defendant's Motion for Early Termination of Supervised Release (ECF No. 24) and the Government's Opposition thereto (ECF No. 26). The Court concurs with the position of the Government and Probation that Defendant should be transferred to the Probation Office's Low-Risk Supervision case load. Accordingly, Defendant's Motion is DENIED, but it is hereby ordered that Defendant shall be subjected only to low-risk supervision going forward.

　　　IT IS SO ORDERED.

Dated: October 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1